UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TYLER ANDERSON ) | Cr. No. 1:23-cr-118-SE-AJ-01 |

PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, an Indictment against the above-named defendant having been filed in the above-entitled case on the 20th day of December, 2023.

This 20th day of December, 2023.

JANE E. YOUNG
United States Attorney

By: /s/ Charles L. Rombeau
    Charles L. Rombeau
    Assistant U.S. Attorney

SUMMONS ISSUED: _____