IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ]  No. 23-cr-118-SE-AJ-01 |
| | ] |
| TYLER ANDERSON | ] |

### ASSENTED TO MOTION TO UNSEAL ENTIRE MATTER RELATED TO APPLICATION FOR SEARCH WARRANT (23-mj-223-AJ)[1]

Tyler Anderson respectfully moves the Court to unseal all matters related to search warrant (23-mj-223-AJ). Grounds follow:

On or about December 20, 2023, a grand jury returned a three-count indictment charging Mr. Anderson with Interstate Threatening Communications in violation of 18 U.S.C. § 875(c). Count One alleges that on November 22, 2023, Anderson transmitted a threatening text to Presidential Candidate #1 ("PC1"). Count Two alleges that on December 6, 2023, Anderson transmitted a threatening text to Presidential Candidate #2 ("PC2"). Count Three alleges that on December 8, 2023, Anderson transmitted a threatening text message to Presidential Candidate #3 ("PC3").

As part of the investigative process, the Government filed for and obtained a search warrant for Anderson's person and residence. At the Government's request, the Court sealed at Level II for 180 days (until June 6, 2024), the entire matter related to the application for the search warrant, including the application, the supporting affidavit, the search warrant, and resulting return. The search warrant was executed on December 9, 2024. Mr. Anderson was subsequently arrested. Counsel filed a motion to suppress on January 31, 2024 based in part on language contained in the search warrant. Trial is scheduled for February 21, 2024. For

---

[1] Pursuant to Fed.R.Crim.P. 49.1(a), the defendant's personal identifier information – including his home address – must be redacted, and therefore, counsel is requesting that the documents be redacted of PII prior to unsealing.

1

purposes of litigating the motion to suppress, counsel now requests the Court to unseal the search warrant.

The Government, through AUSA Charles Rombeau, assents.

WHEREFORE, Tyler Anderson respectfully moves the Court to unseal documents contained in 23-mj-223-AJ.

.Respectfully submitted,

*/s/ Dorothy E. Graham*
Dorothy E. Graham
N.H. Bar #11292

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024 the above document was served electronically upon all counsel of record through the CM/ECF filing system.

*/s/ Dorothy E. Graham*
Dorothy E. Graham