UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYLER ANDERSON | Case No. 1:23-cr-00118-SE |

GOVERNMENT'S WITNESS LIST

The United States of America, by Jane E. Young, United States Attorney, submits the Government's Witness List for the hearing scheduled for Friday, March 8, 2024.

Specifically in connection with the defendant's pending Motion to Suppress, Dkt. No. 16, the government may call:

Adam Howe
Federal Bureau of Investigation

Cameron Davis
Federal Bureau of Investigation

Dated: March 4, 2024

Respectfully submitted,

JANE E. YOUNG
United States Attorney

By: /s/ Charles L. Rombeau
Charles L. Rombeau
Matt Vicinanzo
Assistant United States Attorneys
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552