IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 23-CR-118-SE-AJ-01 |
| | ] | |
| TYLER ANDERSON | ] | |

**DEFENSE WITNESS LIST**
**MARCH 8, 2024, MOTION HEARING**

Defendant, Tyler Anderson, by and through counsel, submits the Defendant's Witness List for the Motion Hearing scheduled for Friday, March 8, 2024.

The Defense anticipates calling the defendant, Tyler Anderson.

Respectfully Submitted,

Dated: March 5, 2024

*/s/ Dorothy E. Graham*
Dorothy E. Graham
NH Bar #11292
Assistant Federal Defender
22 Bridge Street – Box 12
Concord, NH 03301
Tel. 603-226-7360
Email: Dorothy_Graham@fd.org

**Certificate of Service**

I hereby certify that on March 5, 2024, the above document was served electronically upon all counsel of record through the CM/ECF filing system.

*/s/ Dorothy E. Graham*
Dorothy E. Graham