UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:23-cr-118-SE-AJ-01 |
| v. ) | |
| ) | |
| TYLER ANDERSON ) | |
| ) | |

## GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States of America, by Jane E. Young, United States Attorney for the District of New Hampshire, respectfully moves pursuant to Fed. R. Crim. P. 48(a) to dismiss the December 20, 2023 Indictment in this case without prejudice. In pre-trial filings on April 12, 2024, defendant raised an argument for the first time regarding a defect in the indictment vis-à-vis proposed jury instructions. Insufficient time remains on the Speedy Trial clock to present a superseding indictment in this case curing the alleged defect, and therefore the government seeks dismissal of the instant case without prejudice. A new indictment will be sought promptly under a new criminal case number with a reset Speedy Trial clock. Because trial has not yet begun, defendant's consent is not required per Rule 48(a).

The defendant, through counsel Dorothy Graham, does not object to the motion.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: April 15, 2024

By: /s/ Charles L. Rombeau
Charles L. Rombeau
Matt Vicinanzo
Assistant United States Attorney
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552